UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| HEIDI NASH, as Special Administrator for the Estate of JODI BARTELL,<br><br>        Plaintiff,<br><br>  vs.<br><br>SPEARFISH REGIONAL HOSPITAL, a/k/a REGIONAL HEALTH NETWORK, INC.,<br><br>        Defendant. | CIV. 19-5003-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 10), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without recovery of costs and disbursements to any party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated May 6, 2019.

                              BY THE COURT:

                              /s/ *Jeffrey L. Viken*
                              JEFFREY L. VIKEN
                              CHIEF JUDGE